GEORGE HARVEY, Respondent, v. BETTY J. FUSSELL, Appellant, et al., Defendant.— In an action to recover damages for personal injuries, the appeal is from an order denying the motion of appellant, a nonresident, to dismiss the complaint pursuant to subdivision 5 of rule 107 of the Rules of Civil Practice, on the ground that the alleged cause of action is barred by the Statute of Limitations (Civ. Prac. Act, § 49, subd. 6). Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.